UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOSEPH DAVID WEIS, III, ET AL.

VERSUS

DSM COPOLYMER, INC., ET AL.

CIVIL ACTION

NO. 15-488-JJB-RLB

**RULING**

This matter is before the court for consideration of the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated November 23, 2015 (doc. no. 59). Defendants have filed an objection. Plaintiffs have filed a response.

The 29-page Report issued by Magistrate Judge Bourgeois is well reasoned and defendants' arguments relative to error clearly lack merit, particularly in view of the response made by plaintiffs. Defendants have failed to make a colorable federal defense. Defendants have additionally failed to establish a causal nexus exists between DSM's action under color of federal office and the plaintiffs' claims.

Accordingly, the Report and Recommendation (doc. 59) is hereby ADOPTED and APPROVED as the court's ruling herein. The motion (doc. 9) to remand is hereby GRANTED.

Baton Rouge, Louisiana, this _____ day of February, 2016.

JAMES J. BRADY, DISTRICT JUDGE